06-CV-01125-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARK C. CHRISTENSON, | ) | CASE NO.: C06-1125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S *IN* |
| | ) | *FORMA PAUPERIS* APPLICATION |
| SAFEWAY FOOD AND DRUG, | ) | AND DISMISSING CASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, plaintiff's complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is DENIED, and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 16 day of Oct, 2006.

~~MARSHA J. PECHMAN~~ Thomas S. Zilly
United States District Judge

ORDER DENYING PLAINTIFF'S *IN FORMA*
*PAUPERIS* APPLICATION AND DISMISSING CASE
PAGE -1